IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEMETRIC TWITTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 323-009 |
| | ) |
| DAVE CHENEY; BEVERLEY MURRAY; | ) |
| and TELFAIR STATE PRISON, | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendant Telfair State Prison. The case shall proceed against Defendants Doctor Cheney and Nurse Murray as described in the Magistrate Judge's April 17, 2023 Order. (Doc. no. 11.)

SO ORDERED this 15TH day of May, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE