IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 APR -8  PM 3: 31

CLERK _____
SO. DIST. OF GA.

DEMETRIC TWITTY,              )
                             )
        Plaintiff,           )
                             )
   v.                        )          CV 323-009
                             )
DAVE CHENEY and BEVERLEY     )
MURRAY,                      )
                             )
        Defendants.          )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**GRANTS IN PART** Defendants' motion to dismiss, (doc. no. 23-1), and **DISMISSES**

Plaintiff's claims without prejudice as to his unexhausted claims in grievance no. 347321.

Furthermore, the Court **GRANTS** Defendants' motion for summary judgment, (doc. no. 23-

2), as to Plaintiff's exhausted claims in grievance no. 345528.  The Court **DIRECTS** the

**CLERK** to enter an appropriate judgment of dismissal and **CLOSE** this civil action.

SO ORDERED this _____ day of April, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE