AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEMETRIC TWITTY,

Plaintiff,

v.

DAVE CHENEY and BEVERLY MURRAY,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV323-9

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 8, 2024, adopting the Magistrate Judge's Report and Recommendation granting in part Defendants' motion to dismiss, and DISMISSING Plaintiffs claims without prejudice and granting Defendants' motion for summary judgment. Judgment is hereby entered in favor of Defendants and against Plaintiff.  This case stands closed.

| 4/9/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020